AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Christine Priola

Defendant(s)

Case: 1:21-mj-00053
Assigned to: Judge G. Michael Harvey
Assign Date: 1/13/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 6, 2021** in the county of _____ in the
_____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 USC 5104(e)(2)(A) and (D) | Violent Entry and Disorderly Conduct on Capitol Grounds |
| 40 U.S.C. 5104(f) | Unlawful Activities on Capitol Grounds, Parades, Assemblages and Display of Flags |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

David M. Kasulones, Deputy U.S. Marshal
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/13/2021

G. Michael Harvey
2021.01.13 21:42:44 -05'00'
Judge's signature

City and state: Washington, District of Columbia

United States Magistrate Judge G. Michael Harvey
Printed name and title