IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT FOR:<br><br>CHRISTINE PRIOLA | Case: 1:21-mj-00053<br>Assigned to: Judge G. Michael Harvey<br>Assign Date: 1/13/2021<br>Description: COMPLAINT W/ARREST WARRANT<br><br>**Filed Under Seal** |

## ORDER

The United States has filed a motion to seal the above-captioned complaint and warrant and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively the "Arrest Warrant").

The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing, and that there is reason to believe that disclosure of the Arrest Warrant would jeopardize the investigation by providing the subject(s) of the investigation an opportunity to destroy evidence or flee and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

It is, therefore, the 13th day of January, 2021,

ORDERED that the motion is hereby GRANTED, and that the Arrest Warrant, the instant motion to seal, and this Order be SEALED until further order of the Court.

G. Michael Harvey
2021.01.13 21:40:59 -05'00'

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE