# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **CHRISTINE PRIOLA,** <br><br> **Defendant.** | **CRIMINAL NO. 21-mj-53** <br><br> **UNDER SEAL** |

## GOVERNMENT'S MOTION TO UNSEAL THE CRIMINAL COMPLAINT, ARREST WARRANT AND CASE FILE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the Complaint, Arrest Warrant, and case file, from the date of this filing forward. In support of this motion, government submits as follows:

On June 13, 2021, the government applied for an Arrest Warrant and Complaint in this matter. The affidavit filed in support of the Complaint details the facts supporting probable cause to believe that Defendant has violated Title 18, United States Code, Sections 1752 (a)(1); and Title 40, United States Code, Sections 5104(e)(2)(A) and (D), and 5104(f). At that time, Magistrate Judge G. Michael Harvey signed an arrest warrant for Defendant. Also at that time, the government moved to seal the Complaint and Arrest Warrant, and Judge Harvey so ordered. The sealing order provided that the Complaint and Arrest Warrant would be sealed "until further order of this Court, except as necessary to facilitate the enforcement of criminal law, including the execution of the Arrest Warrant, or to any federal official to assist the official receiving the information in the performance of that official's duties." Defendant was arrested pursuant to the arrest warrant on

January 14, 2021. She will have her initial appearance on January 14, 2021, as well. Accordingly, the sealing order now should be lifted and the Complaint, Arrest Warrant, and the case from this date forward unsealed.[1]

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government respectfully requests that the Court grant this motion and enter the attached proposed order.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

By:   /s/
Jolie F. Zimmerman
D.C. Bar No. 465110
Assistant U.S. Attorney
United States Attorney's Office
555 Fourth St., NW
Washington, D.C. 20001
202-252-7220
Jolie.Zimmerman@usdoj.gov

---

[1] Government counsel is not aware of any counsel representing Defendant so cannot represent the defense's position on this motion.