AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Christine Priola | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christine Priola,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 USC 5104(e)(2)(A) and (D)- Violent Entry and Disorderly Conduct on Capitol Grounds

40 U.S.C. § 5104(f)- Unlawful Activities on Capitol Grounds, Parades, Assemblages and Display of Flags

Date: 01/13/2021

*Issuing officer's signature*
G. Michael Harvey
2021.01.13
21:43:32 -05'00'

City and state: Washington, DC         G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/13/21, and the person was arrested on *(date)* 01/14/21
at *(city and state)* Willoughby, OH.

Date: 01/14/21

*Arresting officer's signature*

DAVID KASULONES, DUSM
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Christine Priola
Known aliases:
Last known residence: Willoughby, Ohio
Prior addresses to which defendant/offender may still have ties:

Last known employment: Cleveland Metropolitan School District
Last known telephone numbers:
Place of birth:
Date of birth: 11/16/1971
Social Security number: 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
Height: 5'4"                                            Weight: 145
Sex: Female                                             Race: White
Hair: Blonde                                            Eyes: Brown
Scars, tattoos, other distinguishing marks: N/A

History of violence, weapons, drug use: N/A

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 176CV3367863
Complete description of auto:

Investigative agency and address: United States Marshals Service, 801 W Superior Ave Ste 1200, Cleveland, OH 44113

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>Christine Priola<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | NDOH 1:21 MJ 9021<br>Case No. 21 MJ 53 |
|---|---|---|

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christine Priola,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 USC 5104(e)(2)(A) and (D)- Violent Entry and Disorderly Conduct on Capitol Grounds

40 U.S.C. § 5104(f)- Unlawful Activities on Capitol Grounds, Parades, Assemblages and Display of Flags

Date: 01/13/2021

G. Michael Harvey
2021.01.13
21:43:32 -05'00'
*Issuing officer's signature*

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | NDOH 1:21 MJ 9021 |
| Christine Priola | ) | Case No. 21 MJ 53 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 6, 2021 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 USC 5104(e)(2)(A) and (D) | Violent Entry and Disorderly Conduct on Capitol Grounds |
| 40 U.S.C. 5104(f) | Unlawful Activities on Capitol Grounds, Parades, Assemblages and Display of Flags |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

David M. Kasulones, Deputy U.S. Marshal
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/13/2021

G. Michael Harvey
2021.01.13 21:43:05 -05'00'
*Judge's signature*

City and state: Washington, District of Columbia

United States Magistrate Judge G. Michael Harvey
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, David Kasulones, a Deputy United States Marshal with the United States Marshals Service, Cleveland, Ohio, being duly sworn, depose and state as follows:

## AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C § 2516. I have been trained in advanced investigative techniques and have satisfied all requirements defined by the Federal Criminal Investigator Classification series established by the U.S. Office of Personnel Management.

2. I am a Deputy Marshal with the United States Marshal Service (USMS), Department of Justice (DOJ), and as such, am an investigative or law enforcement officer of the United States within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am engaged in the enforcement of criminal laws and is within the category of officers authorized by the Attorney General to request and execute search warrants pursuant to Title 18 U.S.C. §§3052 and 3107; and DOJ Regulations set forth at Title 28 C.F.R. §§ 0.85 and 60.2(a).

3. I have been a Deputy U.S. Marshal since June 1994 and attained a Bachelor of Science Degree from Cleveland State University in Cleveland, Ohio. I have successfully completed training at the Federal Law Enforcement Training Center to include: USMS Basic Deputy U.S. Marshal Training, Federal Criminal Investigator Training, Advanced Deputy U.S. Marshal Training, and USMS Supervisory and Leadership Training. I also successfully attended training at the Federal Bureau of Investigation (FBI), in Quantico, Virginia for the Basic Joint Terrorism Task Force Training Program. As such, I am assigned as a Task Force Officer (TFO)

with the FBI's Counterterrorism Division in Cleveland, Ohio. I have conducted numerous federal criminal investigations and assisted in numerous prosecutions.

4. Over the course of my employment as a Deputy U.S. Marshal, I have conducted and participated in multiple criminal investigations that have resulted in arrests for criminal offenses. These crimes resulted in subsequent convictions in Federal Courts.

## PURPOSE OF AFFIDAVIT

5. This affidavit is being submitted for the limited purpose of establishing probable cause to believe that CHRISTINE PRIOLA has violated Title 18 U.S.C. § 1752, Restricted Buildings or Grounds; Title 40 U.S.C. § 5104(e)(2)(A) and (D), Unlawful Activities on Capitol Grounds; Disorderly Conduct; and Title 40 U.S.C. § 5104(f), Unlawful Activities on Capitol Grounds, Parades, Assemblages and Display of Flags, as set forth below:

- a. Title 18 U.S.C. § 1752(a)(2): Restricted Building or Grounds; Whoever knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engages in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions;

- b. Title 40 U.S.C. § 5104(e)(2): Unlawful Activities on Capitol Grounds; An individual or group of individuals may not willfully and knowingly (A) enter or remain on the floor of either House of Congress or in any cloakroom or lobby adjacent to that floor, in the Rayburn Room of the House of Representatives, or in the Marble Room of the Senate, unless authorized to do so pursuant to rules adopted, or an authorization give, by that House; or (D)

    utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and

  c. Title 40 U.S.C. § 5104(f)(2): Unlawful Activities on Capitol Grounds; A person may not display in the Grounds a flag, banner, or device designed or adapted to bring into public notice a party, organization or movement.

6. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents, Task Force Officers and FBI Analysts, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from the results of physical surveillance conducted by law enforcement agents, reporting by eye witnesses, independent investigation and analysis by FBI agents/analysts and computer forensic professionals, and my experience, training and background as a Deputy U.S. Marshal. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested complaint.

## JURISDICTION

7. This Court has jurisdiction to issue the requested warrant because it is a "court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction

over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). As discussed more fully below, the U.S. Attorney's Office for the District of Columbia is investigating this case, which, among other things, involves possible violations of violated Title 18 U.S.C. § 1752, Restricted Buildings or Grounds; Title 40 U.S.C. § 5104(e)(2)(A) and (D), Unlawful Activities on Capitol Grounds. Disorderly Conduct; and Title 40 U.S.C. § 5104(f), Unlawful Activities on Capitol Grounds, Parades, Assemblages and Display of Flags. The conduct at issue includes an overt act in the District of Columbia, in the form of entering into Congress on January 6, 2021, as part of a mob that disrupted the proceedings of Congress, engaged in property damage and theft, and caused physical injury.

## BASIS FOR PROBABLE CAUSE

8. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

9. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

10. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. Specifically, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding in the Senate chamber.

11. With the joint session underway and with Vice President Pence presiding, a large crowd gathered outside the U.S. Capitol. Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

12. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, at approximately 2:15 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until approximately 8:00 p.m.

13. During national news coverage of the aforementioned events, video footage, which appeared to be captured on mobile devices of persons present on the scene depicted evidence of scores of individuals inside the U.S. Capitol building, without authority to be there, in violation of Federal laws.

14. United States Capitol Police ("Capitol Police") learned that individuals entered the restricted floor area of the Senate chambers and took photographs of the evacuation of the Senate chambers that were required based on the unauthorized entrance. Upon making entry, individuals were observed carrying signs, flags, banners, and other items not authorized to be carried in the Senate chambers. The individuals gaining unauthorized access to the Senate chambers were also

observed using smart cellular telephones and other electronic recording and storage devices to record, photograph, and broadcast their actions over social media.

15. Those photos and electronic images were circulated on numerous news media platforms, some of which showed an individual holding a sign reading, in part, "The Children Cry Out for Justice," and pointing a smart cellular telephone device at an individual occupying the seat of the Vice President of the United States. The female appears to be holding the digital media device in a manner consistent with taking photographs or videos, both of which are capable of being digitally stored and disseminated. The female was also wearing a red winter coat and distinctive pants that appeared to have the name "Trump" and other words written on the leg.

16. On or about January 8, 2021, via a Twitter post, the Cleveland Division of the FBI received an anonymous tip that Christine PRIOLA was the female depicted in the photographs described above. In the Twitter post photograph, PRIOLA is seen standing inside the U.S. Senate Chambers holding a sign under one arm and mobile (smart) phone. She is wearing a red coat and distinctive pants. The Twitter post also identified PRIOLA as being employed with the Cleveland Metropolitan School District (CMSD).

17. Also on or about January 8, 2021, I identified PRIOLA as Christine Marie PRIOLA of Willoughby, Ohio, by comparing photographs from the Ohio Law Enforcement Gateway with photographs from January 6, 2021. I received verification from the CMSD that PRIOLA resigned from her position with the CMSD in a letter dated January 7, 2021.

18. Based on the information described above, a search of PRIOLA's house was authorized on January 8, 2021 by a judicial officer in the U.S. District Court for the Northern District of Ohio. On January 8, 2021, law enforcement agents executed a search warrant at PRIOLA's residence and recovered a laptop computer; two desktop computers; several thumb

drives; and an Apple iPhone. I am further informed that agents recovered clothing, a sign, and other materials consistent with the photographs of PRIOLA taken on January 6, 2021.

19. During the search, PRIOLA directed agents to the kitchen where she gave them the above-identified iPhone and confirmed it was hers. Subsequent forensic examination confirmed that the T-Mobile account associated with the iPhone was registered in PRIOLA's name.

20. During a subsequent search of PRIOLA's Apple iPhone on or about January 12, 2021, agents were unable to recover data for photos, videos, chats, or messages from approximately January 4 through January 7, 2021. Agents also were unable to recover device location data for January 6, 2021, from 5:40AM to 4:17PM. At the same time, agents were able to recover device location data for January 6, 2021, at 4:23PM. This data indicated that the device was utilizing a WiFi system located at GPS coordinates (38.892002, -77.006646). According to Google Maps, these coordinates correspond to a location just northeast of the U.S. Capitol building.

21. Based on my training and experience, and my knowledge of the facts uncovered in this investigation to date, I believe that at no time on or before January 6, 2021, was PRIOLA granted permission or authorized by rule to enter or remain on the floor of either House of Congress, nor did she, at any time, have authorization to assemble, display flags, or parade on the Grounds or in the Capitol Building.

## CONCLUSION

22. Based on the above factual allegations, I submit that probable cause exists to believe that CHRISTINE PRIOLA, has violated Title 18 U.S.C. § 1752, Restricted Buildings or Grounds; Title 40 U.S.C. § 5104(e)(2)(A) and (D), Unlawful Activities on Capitol Grounds;

Disorderly Conduct; and Title 40 U.S.C. § 5104(f), Unlawful Activities on Capitol Grounds, Parades, Assemblages and Display of Flags.

Respectfully submitted,

DAVID KASULONES
Deputy United States Marshal
United States Marshals Service

Sworn to via telephone after submission by reliable electronic means, Fed. R. Crim. P. 3, 4(d), and 4.1, on this ____, day of January 2021.

G. Michael Harvey
2021.01.13 21:42:19 -05'00'

HONORABLE **G. MICHAEL HARVEY**
UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
5:04 pm Jan 14 2021
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

United States of America )
v. )
) Case No. 1:21MJ9021-WHB-1
)
Christine Priola )
*Defendant* ) Charging District's Case No. 21 MJ 53
)

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____District of Columbia_____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1-14-21

_Christine Priola_ TCI
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

_TIMOTHY IVEY_
*Printed name of defendant's attorney*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHRISTINE PRIOLA | ) | Case No. 1:21MJ9021-WHB-1 |
| *Defendant* | ) | |

**FILED**

5:02 pm Jan 14 2021

**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## APPEARANCE BOND

### Defendant's Agreement

I, _____CHRISTINE PRIOLA_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __20,000.00__ .

( ) (3) This is a secured bond of $ _____ , secured by:

( ) (a) $ _____ , in cash deposited with the court.

( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 1-14-21

Defendant's signature: *Christine Priola*

Surety/property owner – printed name: *Christine Priola*

Surety/property owner – signature and date: _____

Surety/property owner – printed name: _____

Surety/property owner – signature and date: _____

Surety/property owner – printed name: _____

Surety/property owner – signature and date: _____

CLERK OF COURT

Date: 1/14/2021

s/Stacey Swonger, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 1/14/2021

s/Jonathan D. Greenberg, U.S. Magistrate Judge
*Judge's signature*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21MJ9021-WHB-1 |
| | ) | |
| Christine Priola | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 21 MJ 53 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Courtroom No.: |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 01/15/2021

s/Jonathan D. Greenberg
*Judge's signature*

Jonathan D. Greenberg, United States Magistrate Judge
*Printed name and title*

Termed

# U.S. District Court
## Northern District of Ohio (Cleveland)
### CRIMINAL DOCKET FOR CASE #: 1:21-mj-09021-WHB All Defendants

Case title: United States of America v. Priola  
Other court case number: 21 MJ 53 United States District Court District of Columbia

Date Filed: 01/14/2021  
Date Terminated: 01/15/2021

Assigned to: Magistrate Judge William H. Baughman, Jr

**Defendant (1)**

**Christine Priola**  
*TERMINATED: 01/15/2021*

represented by **Khalida A. Sims**  
Office of the Federal Public Defender - Cleveland  
Northern District of Ohio  
750 Skylight Office Tower  
1660 West Second Street  
Cleveland, OH 44113  
216-522-4856  
Fax: 216-522-4321  
Email: khalida_sims@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*  
*Bar Status: Govt*

**Timothy C. Ivey**  
Office of the Federal Public Defender - Cleveland  
Northern District of Ohio  
750 Skylight Office Tower  
1660 West Second Street  
Cleveland, OH 44113  
216-522-4856  
Fax: 216-522-4321  
Email: timothy_ivey@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*  
*Bar Status: Active*

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |

18:1752(a)(1) - Knowingly entering or remaining in any restricted building or grounds without lawful authority 40:5104(e)(2)(A) and (D) - Violent entry and disorderly conduct on Capitol grounds 40:5104(f) - Unlawful activities on Capitol grounds, parades, assemblages and display of flags

---

**Plaintiff**

**United States of America**     represented by    **Duncan T. Brown**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3933
Fax: 216-685-2378
Email: duncan.brown@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Govt*

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2021 | | Arrest (Rule 40) of Christine Priola (1) on 1/14/21. (D,Ky) (Entered: 01/14/2021) |
| 01/14/2021 | 1 | Rule 40 Warrant received as to Christine Priola (1). (Attachments: # 1 complaint and affidavit)(D,Ky) (Entered: 01/14/2021) |
| 01/14/2021 | | **IMPORTANT:** Notice [non-document] as to Christine Priola (1). Initial Appearance on rule 5 hearing set for 1/14/2021 at 02:30 PM to be held by video conference (Cleveland) before Magistrate Judge William H. Baughman Jr. (D,Ky) (Entered: 01/14/2021) |

| | | | |
|---|---|---|---|
| | | | AUSAs Duncan Brown and Jolie Zimmerman present for the government. Attorneys Timothy C. Ivey and Khalida A. Sims present and appointed to represent defendant. As a result of the COVID-19 pandemic, all parties appeared by, and consented to, proceeding via videoconference. Pursuant to the Due Process Protections Act, the Court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. Defendant waives identity hearing. Defendant waives preliminary hearing in this district, requesting a preliminary hearing in the charging district. The government concurs with bond recommendation of Pretrial Services. Bond set at $20,000 unsecured with standard/special conditions. Defendant consents/authorizes her counsel to sign financial affidavit, Rule 5 waiver, bond, and order setting conditions of release on her behalf. Court directs counsel for defendant to submit executed documents forthwith. (Court Reporter/ECRO: B. Laster; Pretrial Officer: Julie Gray) (Time: 22 mins.) (S,S) (Entered: 01/14/2021) |
| 01/14/2021 | | 3 | **Order** regarding use of video conference/teleconferencing as to Christine Priola (1). Signed by Magistrate Judge Jonathan D. Greenberg on 1/14/2021. (S,S) (Entered: 01/14/2021) |
| 01/14/2021 | | | **Order** [non-document] Appointing Federal Public Defender Timothy C. Ivey,Khalida A. Sims for Christine Priola. The Federal Public Defender is reminded of counsel's obligation to report significant changes in defendant's employment or financial circumstances sufficient to enable defendant to pay, in whole or in part, for legal representation. CJA Plan, Part IV (D)(2). Magistrate Judge Jonathan D. Greenberg on 1/14/2021. (S,S) (Entered: 01/14/2021) |
| 01/14/2021 | | 4 | CJA 23 Financial Affidavit by Christine Priola (1). (S,S) (Entered: 01/14/2021) |
| 01/14/2021 | | 5 | Waiver of Rule 5 & 5.1 Hearings by Christine Priola (1). (S,S) (Entered: 01/14/2021) |
| 01/14/2021 | | 6 | Appearance Bond Entered as to Christine Priola (1) in amount of $ 20,000, unsecured. (S,S) (Entered: 01/14/2021) |
| 01/14/2021 | | 7 | **Order** Setting Conditions of Release as to Christine Priola (1). Signed by Magistrate Judge Jonathan D. Greenberg on 1/14/2021. (S,S) (Entered: 01/14/2021) |
| 01/15/2021 | | 8 | Warrant of Removal/Order Requiring Defendant to Appear in the District of Columbia Where Charges are Pending Issued as to Christine Priola (1) by Magistrate Judge Jonathan D. Greenberg. (S,S) (Entered: 01/15/2021) |
| 01/15/2021 | | | Notice to District of Columbia of a Rule 5 Initial Appearance as to Christine Priola (1). Your case number is: 21 MJ 53. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 3 Order Regarding Use of Video Conferencing/Teleconferencing, 8 Warrant of Removal Issued, 6 Bond, 7 Order Setting Conditions of Release, 4 Financial Affidavit - CJA23, 1 Rule 40 Warrant from Another District, 5 Waiver of Rule 5(c)(3) Hearing. If you require certified copies of any documents, please send a request to ohndml_InterDistrictTransfer@ohnd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (S,S) (Entered: 01/15/2021) |