IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 21-MJ-00053(GMH) |
| ) | |
| ) | |
| CHRISTINE PRIOLA.  ) | |

**<u>DECLARATION OF CHARLES LANGMACK IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*</u>**

I, CHARLES LANGMACK, hereby declare;

1. My name, office address, and telephone number are as follows:

Charles Langmack
38106 Third Street
Willoughby, Ohio. 44094
440-497-5068

2. I have been admitted to the following courts and bars:

State Bar of Ohio and the U.S. District Court of the Northern District of Ohio

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline, nor have been disciplined by any bar to which I am admitted or otherwise.

4. I have not been previously admitted *pro hac vice* in this Court, in the last two years, or otherwise.

1

5. I do not have an office located within the District of Columbia

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Charles Langmack