IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | CRIMINAL NO. 21-mj-00053(GMH) |
| v. | ) | |
| | ) | |
| CHRISTINE PRIOLA, | ) | |
| | ) | |
| | ) | |

### NOTICE OF APPEARANCE

Now comes attorney, **Charles E. Langmack,** who gives notice of appearance as *pro hac vice* counsel for CHRISTINE PRIOLA in the above captioned case.

Respectfully submitted,

_____
Charles E. Langmack, #0092470
38106 Third Street
Willoughby, Ohio 44094
(440) 497-5068/FAX (216) 245-6155
langmacklaw@gmail.com

### CERTIFICATE OF SERVICE

A copy of the foregoing **Notice of Appearance** was served by email to the parties of record, pursuant to the Covid standing order and the rules of the Clerk of Court.

_____
Charles E. Langmack