IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00053 |
| | ) | |
| | ) | |
| | ) | |
| Christine Priola | ) | |

**ORDER**

Pending before the Court is the motion of defendant Christine Priola seeking admission of her attorney, Charles E. Langmack for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Langmack's *pro hac vice* admission to this Court.

SO ORDERED this ___9th_____ day of February, 2021.

_____
Robin M. Meriweather
United States Magistrate Judge

3