IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00053(GMH) |
| | ) | |
| | ) | |
| CHRISTINE PRIOLA | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Charles E. Langmack and enters his appearance as lead counsel in the above captioned case.

Respectfully submitted,

By: _____

Charles E. Langmack
Bar No. 993523
38106 Third Street
Willoughby, Ohio 44094
440-497-5068
langmacklaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 19th day of February, 2021 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Kira Anne West