AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Christine Priola

)
)
)
)
)
)
)

Case No.

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Christine Priola
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 USC 5104(e)(2)(A) and (D)- Violent Entry and Disorderly Conduct on Capitol Grounds

40 U.S.C. § 5104(f)- Unlawful Activities on Capitol Grounds, Parades, Assemblages and Display of Flags

Date:     01/13/2021

G. Michael Harvey
2021.01.13
21:43:32 -05'00'

*Issuing officer's signature*

City and state:     Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 01/13/21 , and the person was arrested on *(date)* 01/14/21
at *(city and state)* Willoughby, OH      .

Date: 01/14/21

*Arresting officer's signature*

DAVID KASULONES, DUSM

*Printed name and title*