UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-MJ-53 |
| | : | |
| CHRISTINE PRIOLA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the status hearing scheduled for April 12, 2021 is continued to 1:00 p.m. on June 11, 2021 before Magistrate Judge Zia M. Faruqui.     It is further

ORDERED that the time between April 12, 2021 and June 11, 2021 shall be excluded from calculation under the Speedy Trial. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide the parties with additional time to review the voluminous amount of discovery involved in this matter.

G. Michael Harvey
2021.04.09
01:24:06 -04'00'

_____
G. Michael Harvey
United States Magistrate Judge

The investigation and prosecution of the Capitol Attack will likely be one of the largest in