# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 21-MJ-53 |
| CHRISTINE PRIOLA, | : |
| Defendant. | : |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the status hearing currently scheduled for August 10, 2021 is continued to October 8, 2021, at 1:00 p.m., before Magistrate Judge G. Michael Harvey; it is further

ORDERED that the time between August 10, 2021 and October 8, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in the discovery process.

_____
THE HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE