**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-MJ-53** |
| | : | |
| **CHRISTINE PRIOLA,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, it is hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that the status hearing currently scheduled for October 8, 2021 is continued for good cause to December 3, 2021 at 3 p.m. before Magistrate Judge Faruqui; and it is further

**ORDERED** that the time between October 8, 2021 and December 3, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will give the United States time to process, organize, review, and produce discovery.


_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE