UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-MJ-53 |
| | : | |
| CHRISTINE PRIOLA, | : | |
| | : | |
| Defendant. | : | |

# ORDER

Based upon the representations in the Unopposed Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Consent Motion to Continue Status Conference is **GRANTED**; it is further

**ORDERED** that the status hearing currently scheduled for December 3, 2021 be continued for good cause to February 1, 2022 at 1 p.m.; and it is further

**ORDERED** that the time between December 3, 2021, and February 1, 2022 shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as a continuance will provide the parties additional time to review the voluminous and evolving discovery in this matter.

Zia M. Faruqui
2021.12.03
13:36:56 -05'00'

_____
Zia M. Faruqui
United States Magistrate Judge