# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-MJ-53** |
| : | |
| **CHRISTINE PRIOLA,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby:

**ORDERED** that the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, is hereby GRANTED; it is further

**ORDERED** that the currently scheduled status conference on June 6, 2022, be continued for good cause to August 8, 2022; and it is further

**ORDERED** that the time between shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution or additional time to review discovery.

_____
UNITED STATES MAGISTRATE JUDGE