

October 13, 2022

The Honorable Tanya S. Chutkan
United States District Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

       Regarding: United States of America vs. Christine Priola
         Docket No.: 1:22CR00242-001

Dear Judge Chutkan,

  My name is Christine Priola and on January 6, 2021 I entered the Capitol building illegally. While walking around inside the building, I entered an open room that ended up being the Senate chambers. Although I did not know that the room was the Senate before entering, this does not excuse myself from being in there. I should have never been in the building in the first place. I have pled guilty to Obstruction of an Official Proceeding and Aiding and Abetting, and I take full responsibility for my actions that day.

  Before even going to Washington D.C. that day, I should have known that emotions were going to running high and that things could possibly get out of control. I thought it was going to be peaceful like the previous couple rallies that I had attended. But I should have known that this one had the potential to escalate emotions and that bad things could happen. I got wrapped up in the crowd and what was going on around me; I allowed my emotions to get the best of me which resulted in me making terrible decisions that day.

  At the beginning, I used to think, 'I wish that I had food poisoning that day' or 'I wish that I had a broken leg that day.' If I had been sick or hurt then I would not have been able to travel to D.C., and I would have avoided committing a crime. I also blamed others, 'If this person had not done this, then I would not have done that'. It took me some time to stop wishing for things to be different and to come to terms with not blaming others for my actions. It does not matter what anyone else did, no one physically made me enter the building that day. I realized that I had to take responsibility for my actions, to begin learning from them, and to work on being a person who makes better choices.

  I caused fear in the people who were in and around the building that day and caused fear for their families as well. I caused an official proceeding to be halted and delayed. I caused people to wonder whether they would make it home to their families that night. There were many people who were injured and even died, and I feel horrible that I was involved in an event that caused such detrimental results. My actions have inflicted much pain upon others, and their pain continues because of the long lasting consequences of my actions. Words will not make up for my actions, but I would like to extend my sincerest apologies to all the people at the Capitol that day, to their families, and to all of the citizens of the United States; my behavior was unacceptable, illegal and shameful. Much

physical destruction to the Capitol building also resulted from the events of that day, and I have made an initial payment to the Clerk of Courts in D.C. for them to forward to the Architect of the Capitol building to begin paying my restitution. I will continue to make monthly payments towards my restitution.

I have to be accountable for my actions if I expect others to be accountable for their own. I do not like it when other people break the law or take the law into their own hands. I do not want people out there acting like morons. I was one of those morons. I caused great harm to others and it caused a ripple effect that I could never undo. Throughout my life I have heard other people say things like, "I can't believe I'm in this situation, I didn't know this would be so bad," or this or that, and of course in my head I thought, "Well you should have known!" Now that I am on the other side, I cannot be a hypocrite; *I should have known better*. I should have thought about how my actions would affect other people--the people in and around the building, the country, my daughter, and my family.

During that first time period after the events of that day, I just focused on surviving--making sure that ate enough to sustain my body, showering, and taking care of my pets. I was so shaken knowing that I was a participant in something that caused so much pain, injury, and even death. I knew that I had to get myself together, focus on other people's pain and not my own, and begin to try to repair for what I had done. I had previously apologized to my family, but once my head cleared enough, I knew that I had to make a more sincere apology. I apologized and asked forgiveness for my actions that day, for embarrassing the family name, and for them having to deal with all of the consequences that my behavior had caused them. I knew that I had to work to build their trust in me again. I needed to show them that I was taking action to work on myself so that they would know, and truly believe, that I would never make such a grievous mistake again.

I began to reflect on how I had gotten myself into that situation and what led me to become so impulsive and allow my emotions to rule my behavior. I realized that I had wasted so much time watching and getting wrapped up in political news and that this had influenced my present situation. The news was the last thing I wanted to watch after this happened, but I knew that even in the future I could not go back to my old ways. I began to focus on what is really important in life, to count my blessings, and to examine the areas that needed to be addressed in my life.

I asked God to show me what I needed to work on. I felt Him calling me to work on the virtues of humility and patience. I had to humble myself to understand that my place in life did not come with the authority that others have; that others have been given authority based on their oaths and positions. I had to change my thinking about what I can control and what I cannot, and understand the difference. I had to work on being patient -- patient when I am confused, patient when I do not understand something, patient when I am frustrated, and patient with His plan for my life.

As opportunities presented themselves, I tried to take advantage of each of them in order to put the virtue of patience into real practice. I learned to not jump in and try to fix things right away, and to make sure that I had all the information I needed before making decisions. I learned to be more patient when things were not going the way that I thought that they should and to consider various perspectives and options.

I have learned to be more patient with others too. I began working for my aunt a few days per week for a few hours each day. She is 86 and has a history of falls and other health problems. She is old school and likes things done in a very particular way. In many situations when she is giving me directions on what she wants done or when is trying to 'help' me do the task, my patience gets put into practice. I actively tell myself to continue to smile, remind myself that she is an elder, and remind myself to be patient and not to get upset. I put away those thoughts of wanting to tell her that I am a grown woman with fair intelligence, and patiently listen as she gives me extensive directions for every step of every task she wants me to do.

However, I am also learning about myself through her. My daughter has complained in the past about me overexplaining things or over teaching things to her, and my experience with helping my aunt has made me realize that she is right. We think that our intentions are good in wanting to give as much information as possible to people when completing a task. But I realize that it could make someone feel dumb or make them think that I think that they are dumb, because that is how I feel when my aunt does it to me. Recognizing this in myself has made me be more careful with my words and make sure that I explain things in a manner that respects another's intelligence. Spending time with my aunt in this manner has helped me develop more patience and be grateful for the opportunity to spend time with her and get to know her better. She always gives me a hug and says I love you when I leave and tells me that she is praying for me.

I have also been working on the virtue of humility. My current living situation of having to live with my mom has been very humbling. I went from being a very independent person to being very dependent. I have not lived with my mom in almost 30 years, except for one month about 15 years ago when my daughter and I had to leave our home due to safety reasons with her father.

She was really there for me at the beginning when I was still living in my home. The press and people protesting against me were outside my home. Despite her fear, she would come over at night around 10 or 11 and spend the night with me so that I would not be alone. She brought me food and made sure I ate. I caused her great fatigue and inconvenience during this time. She got very tired with the lack of sleep and having to work during the day. Although his needs were much less back then, she had to tend to her husband as well.

My actions have also caused my mom much pain and embarrassment, and now she has to carry extra burden because of me. She was there with me on the night of the search warrant, and because she was in my house, they took her cell phone which had thousands of pictures and memories and personal information in it. She kept saying that she was so embarrassed that other people would see her personal information. She had the same phone number ever since she first got a cell phone a couple decades ago. Because of me, she had to get a new phone and a new number which still causes her disappointment and pain. Because of me, she was embarrassed. Because of me, she had to spend many hours updating her phone number with all of her contacts, her bank, her bills, and her memberships. Because of me she lost thousands of memories that were captured in photographs.

My mom and her husband had to get used to someone else living in their home, and they lost part of their space in their house when I moved in. Their routine and way of living was disrupted by me having to live there. My mom allowed me to clean out her basement before I moved in so that I could

use that to live in. For years I have been trying to help her to unclutter her house, so I was grateful that she actually allowed me to do that. I know that she struggles with dealing with things like that.

By me living in her home, my mom has endured extra expenses. I am trying to make amends and repay her by cleaning, doing chores, running errands, taking her husband to doctors' appointments, shopping, shoveling snow, managing/carrying heavy dialysis bags (her husband has kidney failure), taking their pets to the vet, picking up prescriptions—anything that I can do to help them and to try to repair for what I have done. My mom stopped driving a few months ago, except for a few rare occasions, because she lost control of her car and ran into a fence. She thinks it was due to the neuropathy in her feet that caused her to lose control over the foot pedals. She is scared to drive anymore, so I also now take her to her doctors' and dentists' appointments, church, and other places she needs to go.

As I continue with this letter, I would like to clarify that I do not wish to sound presumptuous as to my sentence. From what I understand, I do not qualify for anything else but prison, so I am trying to be realistic in my preparation and planning. Parts of the rest of this letter include examples of my preparation; however, I do understand that everything rests with your decision at my sentencing.

I have been trying to prepare my mom for my sentencing and what that likely entails. I have been getting resources together for her that she can use when I am no longer there. We have a county bus service called LakeTran that I am hoping that she will utilize for errands and doctors' appointments. They pick people up and drop them off at their homes. When we talk about it, I cannot really tell whether she would actually use them, but at least I know that she does have transportation if she wants it. My daughter has also offered to take my mom where she needs to go when she is not working. I also have been showing her exercises to help build up her upper body strength and her balance. Her husband's dialysis bags are heavy so the exercises should help her gain some strength so that she does not end up hurting herself.

Although living with my mom has been difficult, I am thankful for having more time to be with her during this past year and half. It has solidified my understanding that a person cannot give what they do not have and that I have to be at peace with it. I owe her so much, and although she has been absent in much of my life, she really came through for me when I needed her the most.

I never had to see my mom's name and picture on the FBI's wanted list, but horrifically, my own daughter had to see her mom's name and picture on it. The one constant person in her life had become a criminal, and not only that, but everyone around her and the world knew it as well. I had failed her. My promise to always be there for her and never abandon her was shattered. We could not see each other at the beginning because it was not safe for her to come to the house and I could not leave. I could not be there to support her, and she had to rely on others when I should have been the one to help her, especially because I was the one who had caused it all. It was the beginning of a long road of pain ahead for her.

She was upset with me and she was scared. She had to deal with the press trying to contact her on her phone because her cell phone number somehow got released. She had to deal with the embarrassment and anxiety that came from the questions and uncomfortable conversations with her coworkers and friends, which she has to go through every time something happens in my case because

the local news reports on it. She had to see many death threats towards her mom on social media, and some of them were also targeted against her. One of them said, "She has a daughter, go after her." My actions had caused her so much fear, anxiety, and uncertainty. After the media began to lessen, we were able to reconnect. It was awkward and confusing for her, and I just kept telling her that I was so sorry for everything. I knew that my words were not going to make everything all right. I knew that I had to begin to rebuild her trust in me. My hopes during her healing process are that she eventually sees me as someone who did an awful thing and not see me as an awful person. I was there for her as much I could be through all the emotional and ups and downs. I wanted her to know that I was still the same mom that she had always had.

  In raising my daughter, I was always a mother first and foremost, but we have always been the closest of friends also. I made sure that I gave her what I never had, and that was my time. Spending time with her so that she knew that she was loved, time with her to teach her about life and how to do things, time with her to heal from being broken hearted from friends or boys, and time with her so that she felt safe and secure. Being a mom and helping her through life's challenges is what I am supposed to do, whether I committed a crime or not, so I had to find other ways beyond that to try to make amends and do reparation. Some of those ways I do that are taking her pets to the vet, letting her dog out when she works long days, fixing things in her rental house, pet sitting when she is out of town, washing her dishes, helping her when one of her cats had a litter of kittens, and making and bringing over special food for her due to her celiac disease.

  As my daughter watches me progress through this process of reflection and change, I am trying to be an example to her on how to handle difficult situations--to keep on trying, to do better, and not to wallow or sink into despair. That life does not end when we mess up, even if it is in a very big way. That we need to take responsibility for our actions and that our actions do not belong to anyone but us. That we need to avoid making excuses, make reparation, learn from the situation, and come out of it a more trustworthy and responsible person. These are things that I taught her while she was growing up, but now I had to be a true reflection of how to carry these out in daily life to a much greater degree.

  We still have much healing to do, but I think we are on a good path. Once the uncertainty of my future is no longer uncertain, I think it will be a time of relief for her despite what may come. She is preparing to take our dog into her home—we call her house 'the zoo' because she loves animals. I am causing her more stress by her having to bring another animal into her zoo, but I am hoping that she will find comfort in having her with her while I am gone.

  In writing about my daughter through this narrative and going through the memories of that time period, other memories from the previous few months leading up to that dreadful day came back to the forefront of my mind. I realized that my daughter had moved out of the house to earn her independence in October, 2020 and that I missed her terribly. It was a difficult adjustment for me, and still is, because she is only 21 now and I thought she would be home until she had a good foundation of a career under her or got married. I also remembered that my biological father had died in the same month, October, and then his wife died in November. Those things brought with them their own set of mixed emotions; sometimes being sad, sometimes being still mad at him, and sometimes having regret. He died a few hours before my plane was to take off to go down to Florida to see him before

he died; I wanted to extend to him mercy, for him to have peace, but I never got the chance. He never thought that he needed forgiveness from me, but I wanted to extend it to him anyway.

Journaling or writing down my life experiences has not been something that I have really used in the past to organize and examine my thoughts and emotions; however, writing this narrative has helped me to do just that. I realized that I had isolated those memories without a time stamp per se. When I finally recalled that they had happened in the few months leading up to January, I began to realize that I had been trying to fill a void from the sadness and the extra time on my hands due to my daughter moving out and the confusion and loss I felt with my biological father dying. I was seeking a purpose in my life and something to do with my time to avoid dealing with these challenges. I used the news and politics excessively to fill that void, and I allowed myself to get swept away.

My avoidance of dealing with heartache and loss is not an excuse for my behavior. But through recalling those previous events, it has helped me to better understand what may have led me to behave in such a manner. If I do not identify what leads me to my actions, then I can never learn from them. I should have found healthier ways to process the changes and emotions that I was feeling. Had I not written this narrative, I do not think that I would have been able to make the connection. This has better prepared me to handle difficult events in the future by replacing avoidance behaviors with healthy ways to deal with loss.

Initially, I did not know how to begin making reparation to the people who I harmed who I do not know personally. My sentencing will be where justice is carried out to me on behalf of those victims at the Capitol that day and the citizens of the United States, but I wanted to try to do something beforehand too. I figured that I would begin to make amends and do reparation in my small part of the world. I began including all those who I harmed in my daily prayers and when I prayed at church, asking God to bless them and to heal them. I also began to look for ways to make reparation to them during my daily life activities.

When I am taking my dog out for a walk, I pick up garbage on the sidewalks, pick up people's trash cans that have fallen over from the wind on their tree lawns, and pick up other dogs' poo that has been left behind. When I am in a public bathroom, I wipe down the sink and countertop and pick up paper towels from the floor. When I am in the bathroom stall, I pick up any toilet paper that is on the floor, and I have picked up a used tampon that was on the floor and put it in the bin. I do not want to gross you out; I always use toilet paper to pick the items off the floor, and I thoroughly wash my hands. I want to save a little stress for the cleaning person that would eventually come in and have to clean the bathroom, and I also want to leave the bathroom a little nicer for the people who would come in after me. Mother Teresa of Calcutta used to always check the bathrooms at her religious houses where her nuns lived to see how clean the bathrooms were. She said that it was a good indicator of how much the nun who cleaned the bathroom loved Jesus. She said that when someone can do the dirtiest of jobs with great love for her neighbor, then she is doing it for love of Jesus. I am thinking that He may want to see the degree of my love for Him by giving me bathroom duty in prison.

When I am in a store, I pick up clothes that have fallen on the floor and put them back on their hangers, I put items that are out of place back in their place, I move items forward to the front of the shelf so that people do not have so far to reach them, I have helped people in motorized carts get items on shelves that are out of their reach, and I put shopping carts that are in the parking lot into the

corral or take them into the store with me. I say a prayer for those who are broken down on the side of the road and say prayers for the police, fire trucks, and ambulances when they pass by me on the road. I have been working on saying a prayer for those who run stop signs or red lights or speed through school zones instead of calling them stupid idiots. I do not swear so that is as graphic as it gets. I would like to say that I am progressing wonderfully in this area, but at least I am saying a prayer in addition to calling them a name. I am still working on it.

   I started a new prayer group last spring at my church and we pray for an hour together every week. It is a small group so far, but I know that God can do a lot with just a few people's prayers in carrying out His work. We recently received news that our prayers are working. One of the people who we are praying for recently admitted themselves into a rehab center for addiction. I truly believe that God heard and answered our prayers. Although we did not know that they were suffering to such a great degree, God knew, and now he is getting the help that he needs.

   I know that these may seem like small ways to do reparation compared to the amount of reparation that I owe, but I think at least it is a start. Looking back, I wish that I had not been so scared of people hating me so much and that I had looked into finding a place that would allow me to volunteer my time also.

   Over the past year and a half I have been trying to stay productive in other ways. I have been doing work for friends at my church and their acquaintances. Some of the jobs include moving and organizing, yardwork, and feeding pets and farm animals, and doing manual labor. My one friend who I work for is really into trains. I have helped him set up train displays at city events and fundraisers where children can play with them. He is getting older and is not able to manage doing it anymore so we worked on cleaning out his two large storage units. He would talk about the trains and show me things about them. I would listen and try to share in his excitement, but apparently he saw through it. I cannot recall his exact words, but one time he said to me, "You might not be really into trains, but you're a hard worker. Whatever job I give you, you work hard and do your best." I was very humbled by his remarks. It gave me hope that someday I could become something different than the monster that is shown in the media. I know that this is not about me, it is about the people who I have affected and hurt. But I think that if I do not maintain my emotional and mental well-being, then I will be of no use to anyone in making amends and doing reparation for the harm that I have caused.

   After I cleaned out my mom's basement and finished getting my house ready to sell, I tried to get a regular job. The first one was at a florist shop where one of my relatives works, but the owner was afraid that people would recognize me so he said no. I asked a friend about working at the restaurant that she works at but they thought it was not a good idea either. I figured that if people would not hire me through mutually known people, that no one else would want to hire me either. Another obstacle I had was that I could not put in applications out in the community, because I could not give my address out to anyone. My mom did not want me to use her address for anything, because she was scared that people would show up at her house. I totally agreed with her, because I did not want to put my family in any more jeopardy than I already had. So about a year ago I started looking into learning a new skill.

I do not recall how I came across Court Reporting, but some how, thankfully, I did. I began researching what the profession was and what learning the skill would entail. I came across different schools, some brick and mortar, but most of them were online. The schools were hundreds of dollars per month, and I could not afford it. So, instead I purchased the steno theory textbook and practiced on a sheet of laminated paper that had the steno keyboard printed on it. I practiced learning letters and words in this manner for a while, but once I realized that that was not going to get me too far, I bought an older used steno machine. I worked on my own until I happened to come across an online school that I could afford which is $60 per month. I try to get in 4-5 hours a day of learning and practicing on my steno machine depending upon my other responsibilities. Learning court reporting and using the steno machine has given me a sense of purpose, a goal to work toward to become of productive member of society. It has helped me keep my mind focused amidst the darkness of the situation that I put myself in.

Someday, I would like to start doing videos online to promote the profession. I have pages of notes of things that I want to put into the videos such as where people can work, where to look for schools, vocabulary words that pertain to the profession, practice tips, self-encouragement, and how to find resources online. I want to call it "That Annoying Steno Girl", because when I first started learning it, I was quite annoying to other people because I talked about it so much.

I am hoping to be able to have my school/theory textbook in prison where I can at least review the material and possibly make a paper keyboard or something using craft supplies to make a keyboard. I am sure that I will not be able to have my steno machine, but at least I could continue to learn something and work on it to the extent possible.

A court setting is where I would like to work as a court reporter, but I understand that because of my felony I may not be able to do so. I am also interested in doing CART captioning (Communication Access Realtime Translation) for the hearing impaired or closed captioning for television. If I cannot do those, I will look into transcription services. So far, I have not been able to find specific information on how my felony will affect me working in this profession, but I will look into all avenues. Recently when I was looking up ways to prepare for prison, I came across a gentleman who went to law school after being released from federal prison. He went on to clerk for a U.S. District Circuit Court Judge and become a Georgetown Law professor. I would like to think that if he can become so successful, then I could find a way to do court reporting. I would like to become a success story; not just for me but for my family and those who I have affected in our nation.

There is a large shortage of court reporters right now. I have heard that some courts are back logged because they do not have enough court reporters. A good number of court reporters will also be retiring in the next 10 years and there are not enough students to replace them so it looks like the shortage will only get worse in the years to come. Another obstacle is that Court Reporting school has a 90% drop out rate due to the time commitment and many people work while going to school. One day I was pondering this problem and it occurred to me that there is a population of people who have the time to learn how to become a court reporter. People in federal prison could gain a skill that would help them become productive members of society once they get out. Hopefully they will be less likely to return to old habits because of this, and they could fulfill a great need in society. They could also do CART captioning for the hearing impaired which can help them give back to their community.

Based on what I have learned through their videos and websites, many court reporters are very passionate about their profession and volunteer a lot of their time to promote the profession and to help students succeed. So, I think they would be open to exploring new avenues of helping to sustain and grow the profession. Court reporters could donate their old machines to the prison. Learning the program is 90% independent so there would not need to be a teacher there every day. Local court reporters who are interested in volunteering their time could come to the prison once a week or once every two weeks to check in with the inmate students. All this could be done without a computer. Once the inmate student is released, then they could learn the steno software on the computer and practice Realtime writing in preparation for the certification exam.

I understand that I must be at the mercy of those who would even give me the chance or the time to consider it. If I cannot explore the possibility while I am on the inside, then I will continue to try to do it when I am on the outside. I think that there are many benefits for all those involved. Recidivism rates would most likely decrease, inmates could become productive members of society, and society would get a great need filled.

Due to the limitations of me being able to continue to fully learn my court reporting program without my machine in prison, I have looked into other forms of education. I found Adams State College in Alamosa, Colorado which has a Prison Print Program where I can earn a Certificate for Paralegal I and II. I have been in communication with them, and I am requesting my transcripts to be sent to them. I have printed and filled out the registration forms so that one of my relatives can mail them to me at the prison where I am designated. I will not make the deadline for the 10/24/2022 session, but I can start in the 1/2023 session. Also, I have to see what my budget will be for my restitution and fines and bills so that I am making sure I am progressing on paying those adequately before spending money on myself for a course.

Although the paralegal program is not directly related to court reporting, I will be able to learn a lot about the law, how documents are set up, and learn the vocabulary. And this will help open up another avenue for employment. I will also seek out and utilize the self-improvement and vocational classes and programs that are available at the prison that I am designated.

I plan to journal every day in order to keep myself accountable. And I will have something to look back at when I get out to remind myself of how my actions got me into that place and to make sure that I never end up there again. My family is aware of my plans to stay productive in prison, and I have asked them to ask me about my progress when I talk with them in order to keep me accountable.

My plans after release include completing my Court Reporting training while obtaining employment. I would also like to continue to promote the profession through educational videos and network with court reporters about the possible prison program. My main goal initially will be to finish paying off my fines and restitution and paying my family back for the expenses that they have incurred. If I am able to complete the Paralegal Print Program in prison, I am hoping to work as a paralegal or a clerk in some way while I continue learning court reporting.

There are also some organizations that I have found that can help me find employment locally such as the Lake County ReEntry Coalition and the Center for Employment Opportunities/CEO Works of Cleveland. I also came across a couple local companies who consider hiring people with a criminal

history; one is the International Paper Company in Streetsboro, Ohio and Parts Authority LLC in Cleveland. Also, as I was looking through the employment website, Indeed.com, I noticed that they have a filter that says 'second chance' which lists specific jobs with companies that will consider candidates with a criminal history. Hopefully after I have completed my sentence, people will be more open to offering me an opportunity to work. I am willing to accept any level job in order to pay off my debts and not be a burden to people anymore.

Recently, I came across the quote, "We are all more than decisions we made at the worst moment of our lives." It gives me hope that someday maybe I won't be defined by this moment, and it reminds me to not define others by their own worst moment. Each day is a new day, to reflect, learn from yesterday, and be a better person. I hope to affect enough change so that one day my family and the people in the community will not feel uncomfortable when they see me or when they are around me. I hope that someday they won't see my crime but they see me, Christine, once again. I am truly sorry for my actions and my participation in the events of January 6th. I am truly sorry that I caused so many people to suffer, and I am truly sorry for all those who were hurt that day, especially those who died. I hope someday they can forgive me.

I have learned many things over this past year and a half, but I think the main things that I have learned are that my emotions should not dictate my behavior and that I must use right reason and right judgement; and that I need to recognize the things that I am able to control and accept the things that are not in my control. I would also include learning that I need to be grateful for the good things that have come, such as trusting in God more instead of myself. I wish that growing closer to God could have happened in a different way. However, had not something this humbling happened in my life, I do not know if I would have ever realized how much God truly loved us, and more importantly, how much I am required to truly love others as He does.

My family and I have decided that it would be best for them not to come to my sentencing hearing in D.C. I and my family understand the seriousness of my crime, and under different circumstances they would be at my sentencing. Besides my mom not being able to travel, we do not want family members, especially my daughter, to be in the path of any press where their pictures could be taken and put on the news. I have caused them enough distress and do not want to put their safety at risk in any way.

I thank you for your time in reading this long letter. I took to heart what you said at my plea hearing of how you want to know the person who you are sentencing. So I hope that this letter gives you a glimpse of who I am and who I am working to become. I cooperatively submit myself to the court and anything that it needs from me to impose justice and to make reparation, and I will strive to carry out my sentence honorably.

Sincerely,

*Christine Marie Priola*

Christine Marie Priola



October 16, 2022

The Honorable Tanya S. Chutkan
United States District Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: United States of America vs. Christine Priola
Docket No.: 1:22CR00242-001

Dear Judge Chutkan,

    My name is Emma Priola and Christine Priola is my mom. I have known her all my life, I am 21. My life changed the day when I got the call at work from one of my friends telling me they saw my mom on the news and that she had entered The Capitol Building.

    I was so disappointed and in shock. My mom has always been the biggest role model in my life. She's always taught me to be honest, hardworking, and to be a good person. So I had a hard time understanding how this was the same person that did this.

    At first I didn't know what to think or feel. I didn't want to believe it. Those first few days went from normal work and social life with my friends to having to answer questions from everybody that saw my mom's face since the local news stations were broadcasting it all around town.

    I got into contact with my mom shortly after but due to the news vans and threatening letters from people being sent to her house, I wasn't able to see her for the first couple weeks. During that time, I dealt with a lot of anger and sadness towards her. I was very angry that she had broken the law and that I was also now being pulled into the situation just because she was my mom.

    Sometimes I would look up her name on the internet just to see what was being said about her. I was always upset after I read things online, and one day I read a comment underneath an article about my mom's case. The comment was talking about me. A woman was giving out information she had found on me including my name, age, and was talking about how she wanted to track me down, which was very scary for me.

    After I was able to see my mom again, my anger changed to sadness. The first thing she did when I saw her face to face was give me a long hug and apologized to me over and over again. I could see how heartbroken she was about everything that happened and that she knew what she did was wrong. My mom raised me as a single mother and was the most hardworking

person I had ever known. She was a role model to me not just as a mom, but as a loving independent woman. She saved me from an abusive situation with my father when I was 6 years old. I was never close to my dad as a kid and was afraid of him. I would always be so excited when I saw it was my mom picking me up from school and not him. When he finally progressed to physically abusing me one night, that was the first and last time that ever happened. My mom locked us in her room until we could leave later in the middle of the night. My whole life I have been so grateful to her from saving us from that situation. I found out later that he was physically abusive towards my mom too.

    My dad voluntarily gave up custody and no longer wanted a relationship with me, so me and my mom were on our own living in tiny apartments until she was able to buy her first home for us when I was 15. That was always her goal and promise to me, that one day we would have a house again and a dog. I got to watch her work hard for many years until she finally was able to save up and do just that for us. Watching her have to give up the house and move into my grandma's basement broke my heart. But I understand that she wouldn't have lost the house if she hadn't done what she did.

    Something else I've always been so grateful to my mom for was how she supported me during a very difficult situation I went through in high school. A boy I didn't even know, took pictures of me and ten other girls from our social media pages and photoshopped our heads onto pornography photos. Our bodies in the photos were fake but our faces and heads were real and it was very embarrassing and disgusting. The pictures were of us having sex with men. The girls and I had the option to go to the court hearings. I was horrified at what he did but none of the other girls wanted to relive it in court, so they choose to not attend the court hearings. I felt all alone but my mom supported me and came with me to all the hearings. She said that it was up to me but she told me that he may continue to do these things if no one shows up. Two women who were victim advocates and worked with the court contacted us and we met weekly with them until the sentencing. My mom was really there for me and so supportive. She would leave work early so she could take me to the meetings. If it had not been for my mom supporting me, I think I too would have been too scared to address what happened and the boy probably wouldn't have gotten the consequence he received. When the judge asked him he said that he sent my picture to over 200 people. He did not really say that he was sorry in court and kept talking about himself and what he was going through. She really helped me get justice for me that day.

    Even though she couldn't practice occupational therapy (that was her job before) anymore, she started working and doing side jobs for people right away. She assists my grandparents everyday with their health issues and she helps my elderly aunt out throughout the week. I live on my own and have a lot of responsibilities every day of my own. I will have to take in our dog as well if she goes away. I hope to be able to help my grandparents out as much as I can if my mom isn't there anymore.

    She also started learning stenography and court reporting. This was such a cool career that I had never heard of until she introduced me to it. She puts hours into it studying and practicing and hopes to be able to go into that field someday. She's even been trying to convince me to look into it since it's such a great career and there aren't enough court reporters these days.

I know I got my compassionate and hardworking traits from how my mom raised me. She taught me to put hard work into everything I do. She also taught me how to socialize and prioritize family time growing up and taught me to help others. I always had to be present at the dinner table, no games or toys while it was family time. This really gave me a strong sense of how important it is to spend time with others. I work at a restaurant, and I see kids come in all the time glued to their Ipad or game system. I am thankful I was never allowed to do that and know the importance of being present with the ones I love. My mom also taught me how to spot good and healthy traits while looking for a partner. I value my self-worth and really take dating relationships seriously. I go to her all the time for dating advice and she is always there to listen and help me if any problems arise.

My mom did a terrible thing but she's still my best friend and I'm glad I was able to get over my emotions and anger and have a great relationship with her again. She is the most loving mom I could ever ask for. It's been great to see how she's taken this situation and used her time to help others so much, including myself and my pets. Of course I am unsure what her consequence will be but if she goes away I will be waiting for her when she gets out and will help support her after she makes up for her mistake.

Thank you for your time reading my words and I really appreciate the opportunity to write to you about all this. I wanted to be at the sentencing and support her, but we decided that due to potential media and pictures that might be taken, it would be best for me to stay at home. My mom really wants to protect my privacy and I really appreciate that.

Sincerely,

*Emma Priola*

Emma Priola

Mary Lou Paul


October 15, 2022

The Honorable Tanya S. Chutkan
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Regarding: United States of America vs. Christine Priola
  Docket No: 1:22CR00242-001

Dear Judge Chutkan:

My name is Mary Lou Paul. Christine Marie Priola is my daughter and I have known her all her life. I was very saddened and sorry that she was a part of the events of January 6, 2021 and broke the law. She is very much aware of her error and is deeply sorry for her actions, as she has told me repeatedly over the last year and a half. She has taken full responsibility and knows she must be held accountable for them.

It was difficult for me and my family after this happened. I would spend nights at Christine's house and go home in the morning for work. I was still working at the time and worked from home. After my shift was over, I would make dinner for my husband, get him settled for the night, and go back to Christine's to be with her. After a few months, Christine and I made some room in our basement for her and a few items. Once she moved in there was a lack of privacy for my husband and me, and an increase in the cost of food and utilities, but we are managing.

Christine suffered much loneliness as a child. I took her away from a family with a brother and three sisters when she was six years old, when her adopted father and I divorced. I was not home much due to either work or going out and she spent a lot of time with my mother. We lived for a few years with a man who did not respect Christine and I was too blind to see it. Again I did not spend a lot of time with her. This left her feeling alone, abandoned and unloved. I deeply regret this to this day. This could be why she cares so much for children.

In spite of her loneliness, she applied herself in school and earned good grades, including making the honor roll. Christine was very responsible, even when she was younger. As an example of this, once she was able to work, she got a job at a grocery store, a restaurant and later in an office to support herself and help out. We did not have much money and Christine wanted to do what she could. This definitely made a difference.

Mary Lou Paul
Page 2

Christine had a great desire to help children and wanted to make a difference in the world, if only in her community. She obtained an Undergraduate and Graduate degree. Doing this demanded hard work and discipline. It took many years and she worked the whole time to support herself. I was so proud of her and all she accomplished, and still am. She was also the first person in our family to get a degree.

She has always worked hard to do the right thing, and set a good example. She raised her daughter alone and always put her daughter's needs before her own. Christine did without to support her daughter, making sure she knew she was loved and wanted, in spite of a father who did not want her.

Christine's and my relationship has had many ups and down throughout the years and there were a number of very strained periods. Christine was always there when I had multiple surgeries, visiting me and spending time helping me recover at home, even in the middle of the night when I needed her. It took a lot of time and effort to do this, along with her work and raising her daughter. This meant a great deal to me.

Christine is still helping me and my husband, Albert Paul. My husband is disabled, on at home dialysis and weighs about 400 pounds. He has not been able to drive to his many doctor appointments for over a year. Christine started out going with us to his numerous doctors' appointments at that time, getting his 60 pound wheelchair in and out of the car and pushing him to the doctors' offices, as I was unable to do so. She also took him herself when I was not well enough or able to take him. He is now almost immobile and needs greater care.

I was involved in a car accident a while ago and have been terrified to drive except for very short distances because of it and due to neuropathy in my feet. Christine then took my husband to all of his doctor appointments. She lifts and empties my husband's heavy dialysis drain bag every day, as he is no longer able to walk and I am not able to lift it. Many times during the week she will also bring his dialysis solution bags to him for his nightly treatment.

It has been a blessing having Christine with us. We have spent more time together than we have in years. She works on repaying us for her stay here by doing things for us. She has been such a great help to my husband and me, which has more than made up for any difficulties with her being with us. It would have been difficult to manage things without her help. We have been planning for the transition for when she may not be here so that we can live as independently as possible without her.

I have never known Christine to do anything like this. She has always respected others, especially those in authority. She is very remorseful for what she did and takes full accountability for her actions. She has been working hard to put her life back on track. She is doing online training for Stenography/Court Reporting so she will have a way to support herself and contribute to the community when she is home again. She attends Church three or four times a week and encourages us to pray. This has helped her put things in perspective and strengthened her resolve to make amends.

I appreciate your time in reading this letter. We fully respect any retribution that she may have to do and will continue to support her in whatever may come in her future.

Sincerely,

Mary Lou Paul

October 13, 2022

The Honorable Tanya S. Chutkan
United States District Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Regarding: United States of America vs. Christine Priola
Docket No.: 1:22CR00242-001

Dear Judge Chutkan:

My name is Barbara Krych-Dray and I am writing this letter on behalf of Christine Priola. I have known Christine all of her life. She is my niece and my Goddaughter. She is a good and gentle person.

Christine has spent years trying to help others, especially children. She would never harm anyone. She is a mother who loves her daughter and a daughter who loves her mother. She is an important part of our family. She made a mistake for which she is truly remorseful.

Throughout her entire life I have never known Christine to lie or to be a danger to anyone in any way whatsoever. This is not in her nature at all. Instead she has come to the aid of those who are unable to speak for themselves. As an example, at a party people were picking on someone and she came to that person's aid despite the fact that she knew she could lose friends.

In closing, I would like you to know that I know Christine's heart. It is good and honest. She is devoted in her faith and genuinely reverent to what is sacred. Christine is truly a good person who deeply regrets her actions.

Respectfully,

Barbara Krych-Dray