IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTINE PRIOLA,<br><br>        Defendant.<br><br>PRESS COALITION,<br><br>        Interested Party. | Case No: 22-cr-242-TSC |

**NOTICE OF WITHDRAWAL OF APPLICATION FOR ACCESS**

    The Press Coalition respectfully submits this notice withdrawing its Application for Access to Video Exhibits, Dkt. 60. Following entry of the October 28, 2022 Minute Order granting the Government's oral motion to publish sentencing exhibits, the Government provided the Coalition with all of the requested Video Exhibits. No further briefing by the parties or action by the Court is necessary.

Dated:  November 3, 2022

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren Russell (#1697195)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballarspahr.com

*Counsel for the Press Coalition*